UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## **ORDER**

Upon review of the record, the following cases set for call docket on August 23, 2021, are ruled as follows:

21-cv-259    Porter v. State Farm Mutual Automobile Insurance Company, *et al*.
(as to Clayton Hilton)
A review of the record indicates that service of the complaint has been made upon the defendant Clayton Hilton (R. Doc. 7), and the time to file responsive pleadings has expired.  Accordingly, it is ordered that on or before **September 24, 2021**, plaintiff shall obtain responsive pleadings or preliminary defaults on all served defendants.  Failure to do so will result in the defendant's dismissal, without any further notice, for failure to prosecute.

21-cv-571    McGee, *et al*. v. Lopinto, *et al*.
(as to Westwego City and Andrew Chauvet)
In accordance with the Court's Show Cause Order (R. Doc. 7) it is ordered that the call docket is **SATISFIED** as to defendants Westwego City and Andrew Chauvet.  An answer has been filed on behalf of these defendants (R. Doc. 9).

20-cv-3070    Hebert v. Walmart, Inc., *et al*.
(as to Allstate Insurance Company)
A review of the record indicates that responsive pleadings or preliminary defaults have not been received as to defendant Allstate Insurance Company.  In accordance with the Court's Show Cause Orders (R. Docs. 9 & 10), it is ordered that defendant Allstate Insurance Company is **DISMISSED** without prejudice for plaintiff's failure to prosecute.

New Orleans, Louisiana this 25th day of August, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE